MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel. (212) 637-2713

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                     :

GLENYS CASADO,

                                                     :                  **NOTICE OF MOTION**

           Plaintiff,                  :

      v.                                    :                  08 Civ. 7095 (JGK)

PRADIP JOSHI, DPM, and                  :
BRONX LEBANON HOSPITAL,
                                                   :

          Defendants.
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

       PLEASE TAKE NOTICE, that upon the complaint, the declaration of Jeffrey S. Davis, the declaration of Susan D. Baird, and the memorandum of law of the Ambulatory Care Network of Bronx Lebanon Hospital, the Ambulatory Care Network of Bronx Lebanon Hospital, by its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, will move this Court before the Honorable John G. Koeltl, United States District Judge, on a date determined by the Court, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on submission, for an order substituting the United States for the Ambulatory Care Network of Bronx Lebanon Hospital, and dismissing the complaint against the United States pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and for such other and further

relief as the Court deems just and proper.

Dated: New York, New York
      August 15, 2008

                        MICHAEL J. GARCIA
                        United States Attorney for the
                        Southern District of New York
                        Attorney for Ambulatory Care Network of
                        Bronx Lebanon Hospital and the United States


By:    /s
        SUSAN D. BAIRD
        Assistant United States Attorney
        86 Chambers Street, 3rd floor
        New York, New York  10007
        Tel.: (212) 637-2713
        Fax: (212) 637-2750
        Susan.Baird@usdoj.gov


TO:    GLENYS CASADO
        Plaintiff pro se
        704 East 183rd Street, Apt. 2
        Bronx, New York 10458

        BRONX LEBANON HOSPITAL
        1650 Grand Concourse
        Bronx, New York 10457
        Attn: Ann Jessen
        Director, Risk Management Department

        PRADIP JOSHI, DPM
        1963-A Daly Avenue
        Bronx, New York 10460