UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GLENYS CASADO,

                Plaintiff(s),

-against-

PRADIP JOSHI, DPM and BRONX
LEBANON HOSPITAL,

                Defendant(s).
------------------------------------------------------------x

Case No. 08 Civ. 7095 (JGK)

NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please take notice that the undersigned hereby appears on behalf of defendant **PRADIP JOSHI, DPM** and that all future correspondence and papers in connection with this action are to be directed to the address below. I certify that I am admitted to practice in this court.

Dated: New City, New York
       August 22, 2008

                    LAW OFFICES OF BENVENUTO,
                    ARCIERO & McANDREW

                    By: _____/s/_____
                        Todd E. Gilbert (tg-3639)
                    **Attorneys for Defendant(s)**
                    **PRADIP JOSHI, DPM**
                    67 North Main Street
                    New City, New York 10956
                    Phone: (845) 634-6739
                    Fax: (845) 634-3242
                    t.gilbert@bam-esq.com

To:	**Susan D. Baird, Esq.**
**c/o MICHAEL J. GARCIA,**
**UNITED STATES ATTORNEY FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**
**Attorney for the United States and**
**the Ambulatory Care Network of**
**Bronx Lebanon Hospital**
86 Chambers Street, 3rd Floor
New York, New York 10007
Phone: (212) 637-2713
Fax: (212) 637-2750

**GLENYS CASADO**
704 East 183d Street, Apt. 2
Bronx, New York 10458
(718) 562-6339

**BRONX LEBANON HOSPITAL**
1650 Grand Concourse
Bronx, New York 10457

cc:	**MARK A. CAMPBELL, ESQ.**
2 Madison Avenue
Valhalla, New York 10595
(914) 948-7700

**AARONSON, RAPPAPORT, FEINSTEIN & DEUTSCH LLP**
757 Third Avenue
New York, New York 10017
(212) 593-6700

# CERTIFICATE OF SERVICE

**JACLYN L. DALY** deposes and says:

I am employed by the Law Office of Benvenuto, Arciero and McAndrew, attorneys for defendant PRADIP JOSHI, DPM.

On August 22, 2008, I served the within **NOTICE OF APPEARANCE** upon the following parties by depositing a true copy of same in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to each of the following persons at the last known address set forth after each name:

**Susan D. Baird, Esq.**
c/o MICHAEL J. GARCIA,
UNITED STATES ATTORNEY FOR THE
SOUTHERN DISTRICT OF NEW YORK
Attorney for the United States and
the Ambulatory Care Network of
Bronx Lebanon Hospital
86 Chambers Street, 3rd Floor
New York, New York 10007
Phone: (212) 637-2713
Fax: (212) 637-2750

**GLENYS CASADO**
704 East 183d Street, Apt. 2
Bronx, New York 10458
(718) 562-6339

**BRONX LEBANON HOSPITAL**
1650 Grand Concourse
Bronx, New York 10457

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

_____
JACLYN L. DALY

Executed on:  August 22, 2008
              New City, New York