UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/09
```

GLENYS CASADO,

                Plaintiff,            08 Civ. 7095 (JGK)

    - against -                ORDER

PRADIP JOSHI, DPM, AND BRONX LEBANON HOSPITAL,

                Defendants.

JOHN G. KOELTL, District Judge:

The Court having today signed the Stipulation and Order substituting the United States as the defendant in this action to the extent that the plaintiff's claims are against the Ambulatory Care Network of Bronx Lebanon Hospital Center (the "Ambulatory Care Network"), and dismissing with prejudice all of the plaintiff's claims against the Ambulatory Care Network, the motion by the Ambulatory Care Network to substitute the United States as the defendant for the Ambulatory Care Network and to dismiss with prejudice the Complaint in this case as against the United States is **granted**. The Clerk is directed to close Docket No. 2.

SO ORDERED.

Dated:    New York, New York
           March 4, 2009

                                            John G. Koeltl
                                          United States District Judge